No. 472, Misc.   MACKENNA v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner

970

*pro se.* *Frank S. Hogan* and *Whitman Knapp* for respondent.